Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - 4 | **DATE** | 5/30/2008 |
| **CASE TITLE** | USA vs. Yoon Sae Kim | | |

**DOCKET ENTRY TEXT**

Order Writ of Habeas Corpus Ad Prosequendum to issue as to **Yoon Sae Kim** returnable 06/13/08 at 2:00 p.m.

Docketing to mail notices.

Writs Issued

MAY 30 2008

| | Courtroom Deputy Initials: | LXS |
|---|---|---|