Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - 4 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. Yoon Sae Kim | | |

**DOCKET ENTRY TEXT**

Order Writ of Habeas Corpus Ad Prosequendum to issue as to Yoon Sae Kim returnable 7/18/08 at 11:00 a.m.

■ [ For further detail see separate order(s).]　　　Docketing to mail notices.

*Writs Issued*
JUL 0 2 2008

Courtroom Deputy Initials: LXS

2008 JUL -2 PM 12:12
FILED-EDL