UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   08 CR 371 |
| v. | ) | |
| | ) | Nan R. Nolan, |
| YOON SAE KIM | ) | United States Magistrate Judge |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

    Name: Yoon Sae Kim
    Date o
    Sex:  ]
    Prisone

has been and now is, in due process of law, incarcerated in the following institution:

    Cook County Jail

    2700 South California Avenue, Chicago, IL 60608,

and that said defendant is charged in the above-captioned case with violation of Title 18, United States Code, Section 1344, and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on July 18, 2008 at 11:00 a.m. for arraignment before Judge Nan R. Nolan, Courtroom 1858.

    IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Cook County Jail |
| Chicago, Illinois | 2700 South California Avenue, Chicago, IL 60608, |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*Nan R. Nolan*

United States Magistrate Judge
Nan R. Nolan

DATED at Chicago, Illinois
this _2_ day of July, 2008