## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - 4 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. Yoon Sae Kim | | |

**DOCKET ENTRY TEXT**

Order Writ of Habeas Corpus Ad Prosequendum to issue as to Yoon Sae Kim returnable 8/06/08 at 3:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

*Writs Issued*
JUL 1 6 2008

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|