FILED

JUL 3 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   08 CR 371-4 |
| v. ) | |
| ) | Nan R. Nolan, |
| YOON SAE KIM ) | United States Magistrate Judge |
| ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name: Yoon Sae Kim
> Date
> Sex:
> Priso

has been and now is, in due form and process of law, detained in the following institution:

> Cook County Jail
>
> 2700 South California Avenue, Chicago, IL 60608.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violation of Title 18, United States Code, Section 1344, and is now wanted in such division and district on August 21, 2008 at 3:00 p.m. for arraignment before Judge Nan R. Nolan in Courtroom 1858.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Cook County Jail |
| Chicago, Illinois | 2700 South California Avenue, Chicago, IL 60608, |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been so concluded, that KIM be remanded to federal custody.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/Edward N. Siskel
Edward N. Siskel
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7602

July 30, 2008
Dated