Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - 4 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Yoon Sae Kim | | |

**DOCKET ENTRY TEXT**

Order Writ of Habeas Corpus Ad Prosequendum to issue as to Yoon Sae Kim returnable 8/21/8 at 3:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

*Writs Issued*

JUL 3 1 2008
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

2008 JUL 30 PM 2:06

FILED