UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    08 CR 371-4 |
| v. | ) | |
| | ) | Nan R. Nolan, |
| YOON SAE KIM | ) | United States Magistrate Judge |

O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: Yoon Sae Kim

Date o

Sex:  1

Prisone

has been and now is, in due process of law, incarcerated in the following institution:

Cook County Jail

2700 South California Avenue, Chicago, IL 60608,

and that said defendant is charged in the above-captioned case with violation of Title 18, United

States Code, Section 1344, and that said defendant should appear in this case in the United States

District Court at Chicago, Illinois on August 21, 2008 at 3:00 p.m. for arraignment before Judge Nan

R. Nolan, Courtroom 1858.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL

Northern District of Illinois

Chicago, Illinois

WARDEN

Cook County Jail

2700 South California Avenue, Chicago, IL 60608,

bring or cause to be brought before this Court, at said time on said date, in the United States Court

House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*Nan R. Nolan*

United States Magistrate Judge

Nan R. Nolan

DATED at Chicago, Illinois

this __30__ day of July, 2008